**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| HENRY GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.: 2:09-3278-DCN |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DEPARTMENT OF DEFENSE; MRS. | ) | |
| ROBERTS; MR. KING; MRS. WILLIAMS; | ) | |
| MR. SIMON, and JULIE J. ARMSTRONG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court pursuant to plaintiff's Motion for Reconsideration of the Order denying Motion for Leave to Proceed in forma pauperis and affirming the magistrate judge's Report and Recommendation. This motion was filed on February 3, 2010. After a review of the record, it is therefore

ORDERED, that the plaintiff's Motion for Reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
February 4, 2010