IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| HENRY GILMORE, #00318-045, | ) | Civil No. 2:09-3278 DCN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DEPARTMENT OF DEFENSE, BUREAU OF ARMY; MRS. ROBERTS, CASE WORKER; MR. KING, CASE WORKER; MRS. WILLIAMS, COUNSELOR; MR. SIMON, RECORDS; JULIE J. ARMSTRONG, CLERK OF COURT, | ) | |
| Defendants. | ) | |

The above referenced case is before this court because of the plaintiff's failure to comply with the undersigned's order of January 14, 2010 and pay the full $350 filing fee.

Accordingly, the above-captioned case is **DISMISSED** without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

Charleston, South Carolina
February 9, 2010